Alan L. McNeil, WSBA #7930
Alan McNeil, PLLC
421 W. Riverside Ave., Ste. #660
Spokane, WA 99201
(509) 315-8390 Telephone
(509) 315-4585 Facsimile
Email: *alanmcneil@outlook.com*

Attorney for Respondent

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                 Applicant,<br>vs.<br><br>MICHAEL J. HOOPER,<br>                 Respondent. | Case No: 2:16-MC-00022-MKD<br><br>DECLARATION OF ALAN L. McNEIL IN SUPPORT OF RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE GRANTING OF THE SEC'S APPLICATION |

I, ALAN L. McNEIL, hereby declare under penalty of perjury the following:

1. That at all times herein mentioned, I was and am a citizen of the United States of America and a resident of the State of Washington. I am over the age of eighteen years, competent to be a witness in the above-entitled action and not a party to this action.

DECLARATION OF ALAN L. McNEIL
IN SUPPORT OF RESPONDENT'S MOTION
FOR AN EXTENSION OF TIME . . .
Page 1 of 4

*Alan L. McNeil - Attorney at Law*
*421 W. Riverside Ave., Ste. 660*
*Spokane, WA 99201*
*Tel: 509.315.8390*
*Fax: 509.315.4585*
*Email: alanmcneil@outlook.com*

2. That I am the attorney for the Respondent, MICHAEL J. HOOPER, in this action and make this declaration based upon personal knowledge of the matters contained in the motion.

3. The current date for Respondent to respond to the granting of the Commission's Application per the Court's Order to Show Cause (ECF 7 at 2] is July 20, 2016.

4. There is a great deal of materials to absorb in the Commission's motion. In fact hundreds of pages in three notebooks that I need to read and review.

5. The Commission has had over a year to prepare its charges against the Respondent and the date of July 20, 2016 to respond to these voluminous documents is not sufficient in order for me to make an adequate response in opposition thereto.

6. I discussed a continuance with counsel for the SEC and was advised that they would not oppose a continuance of three (3) weeks but could not agree to any other arrangement.

7. I feel that considering I just received the file on June 20, 2016 from Respondent, the extensive volume of the Commission's case, the complexity of the

*Alan L. McNeil - Attorney at Law*
*421 W. Riverside Ave., Ste. 660*
*Spokane, WA 99201*
*Tel: 509.315-8390*
*Fax: 509.315-4585*
*Email: alanmcneil@outlook.com*

charges, and the severity of the consequences to the Respondent, a continuance of two (2) months would not be excessive.

8. Lastly, I can see no detriment or adverse consequences to the Commission by a short two (2) month continuance to prepare an adequate defensive response to the possible granting of the Commission's Application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of July, 2016 at Spokane, Washington.

s/ Alan L. McNeil<br>
ALAN L. McNEIL, WSBA #7930<br>
Attorney for Defendant

DECLARATION OF ALAN L. McNEIL
IN SUPPORT OF RESPONDENT'S MOTION
FOR AN EXTENSION OF TIME . . .
Page 3 of 4

Alan L. McNeil - Attorney at Law
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
Tel: 509.315-8390
Fax: 509.315-4585
Email: alanmcneil@outlook.com

# CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Susan F. Lamarca | lamarcas@sec.gov |
| Robert J. Durham | durhamr@sec.gov |
| *Attorneys for Applicant* | |
| | |
| Alan L. McNeil, Esq. | *alanmcneil@outlook.com* |
| *Attorney for Respondent* | |
| | |
| J. Gregory Lockwood, Esq. | jgregorylockwood@hotmail.com |
| | |
| Michael J. Hooper | michaelh@spk-acct.com |
| *Respondent* | |
| | |
| Jana Dubes | jdubes@camersonsutherland.com |
| *Paralegal for Alan L. McNeil* | |

s/Jana Dubes
JANA DUBES

DECLARATION OF ALAN L. McNEIL
IN SUPPORT OF RESPONDENT'S MOTION
FOR AN EXTENSION OF TIME . . .
Page 4 of 4

Alan L. McNeil - Attorney at Law
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
Tel: 509.315-8390
Fax: 509.315-4585
Email: alanmcneil@outlook.com