FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2016

SEAN F. McAVOY, CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>       Applicant,<br><br>   vs.<br><br>MICHAEL J. HOOPER,<br><br>       Respondent, | No. 2:16-MC-0022-MKD<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION AND MOTION TO EXPEDITE AND RESETTING BRIEFING SCHEDULE AND HEARING<br><br>**ECF Nos. 10, 12** |

BEFORE THE COURT is Respondent's Motion for Extension and Motion to Expedite. ECF Nos. 10, 12. After reviewing Respondent's motions and the Securities and Exchange Commission's (SEC) response and being fully informed, the Court finds good cause to grant Respondent's Motion for Extension (ECF No. 10) and Motion to Expedite (ECF No. 12).

The SEC filed an Application under Section 21(e) of the 1934 Securities Exchange Act to (1) enforce compliance with an administrative order the

ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION AND MOTION TO EXPEDITE AND RESETTING BRIEFING SCHEDULE AND HEARING - 1

Commission issued in 1994 and (2) disgorge profits Michael Hooper allegedly earned in violation of that order. ECF No. 1.

The Court issued an Order to Show Cause why the Application should not be granted on June 23, 2016, requiring Respondent to file any opposing papers by July 20, 2016. ECF No. 7 at 2. On that same day, Respondent appeared in this case through his attorney, Alan McNeil. ECF No. 8.

On July 1, 2016, Respondent moved this Court on an expedited basis for an extension of time to respond to the SEC's Application. ECF Nos. 10, 12. In the Declaration supporting his Motion for Extension, Respondent's attorney declares that he received the file on June 20, 2016. ECF No. 11 at 2. Given the complexity of the case and severity of consequences, Respondent requests a two (2) month extension to prepare an adequate response. ECF No. 11 at 3. The SEC does not oppose an extension. ECF No. 14 at 2.

**ACCORDINGLY, IT IS ORDERED**:

1. Respondent's Motion for Extension (**ECF No. 10**) is **GRANTED**.
2. Respondent's Motion to Expedite (**ECF No. 12**) is **GRANTED**.
3. **Respondent shall file his response by September 19, 2016.**
4. **If Respondent files any opposing papers, the SEC may serve and file any reply papers by October 3, 2016.**

ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION AND MOTION TO EXPEDITE AND RESETTING BRIEFING SCHEDULE AND HEARING - 2

5. The Respondent and the SEC shall appear at a hearing to be held before **Judge Mary K. Dimke at 9:00 AM on Wednesday, October 12, 2016, at U.S. District Court, 25 South 3rd St., Room 102, Yakima, Washington** to show cause why the SEC's Application should not be granted.

The District Court Executive is directed to enter this Order and forward a copy to counsel.

DATED July 6, 2016.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION AND MOTION TO EXPEDITE AND RESETTING BRIEFING SCHEDULE AND HEARING - 3