# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff(s), | ) ) ) |
| v. | ) ) |
| MICHAEL J. HOOPER, | ) ) ) ) |
| Defendant(s). | ) ) |

Case Number: 2:16-MC-00022-MKD

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. 636(c), the parties in the captioned matter waive their right to proceed before a Judge of the United States District Court and consent to have a full-time United States Magistrate Judge conduct all further proceedings, including the trial and entry of the order of judgment. The parties are aware that appeals lie directly to the United States Court of Appeals for this Circuit.

Plaintiff(s) Counsel:

_Robert J. Durham_
Typed Name

_[signature]_
Signature

_10/12/16_
Date

Defendant(s) Counsel:

_____
Typed Name

_____
Signature

_____
Date

## ORDER

**IT IS ORDERED** that the captioned matter be referred to full-time United States Magistrate Judge _____, who will conduct all further proceedings and enter judgment pursuant to 28 U.S.C. 636(c), under the parties' consent. The Clerk of the Court and counsel are directed to **use the Magistrate Judge initials on all future pleadings.**

_____
**DATED**

_____
**UNITED STATES DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

SECURITIES AND EXCHANGE )
COMMISSION, )
)
) Case Number: 2:16-MC-00022-MKD
)
Plaintiff(s), ) **CONSENT TO PROCEED**
) **BEFORE A UNITED STATES**
v. ) **MAGISTRATE JUDGE**
MICHAEL J. HOOPER, )
)
)
)
Defendant(s). )
)

    Pursuant to 28 U.S.C. 636(c), the parties in the captioned matter waive their right to proceed before a Judge of the United States District Court and consent to have a full-time United States Magistrate Judge conduct all further proceedings, including the trial and entry of the order of judgment. The parties are aware that appeals lie directly to the United States Court of Appeals for this Circuit.

Plaintiff(s) Counsel:                              Defendant(s) Counsel:

_____                    ALAN L. MCNEIL
Typed Name                                         Typed Name

_____                    _/s/ Alan McNeil_
Signature                                          Signature

_____                    October 12, 2016
Date                                               Date

# ORDER

    **IT IS ORDERED** that the captioned matter be referred to full-time United States Magistrate Judge  Dimke  , who will conduct all further proceedings and enter judgment pursuant to 28 U.S.C. 636(c), under the parties' consent. The Clerk of the Court and counsel are directed to **use the Magistrate Judge initials on all future pleadings**.

October 19, 2016                                   _Thomas O. Rice_
   DATED                                         UNITED STATES DISTRICT JUDGE

rg/Revised 4-27-2015