FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Applicant,<br><br>vs.<br><br>MICHAEL J HOOPER,<br><br>        Respondent. | No. 2:16-MC-00022-MKD<br><br>ORDER GRANTING RESPONDENT'S MOTION TO STAY RULING ON PENDING MOTION FOR ENFORCEMENT OF ADMINISTRATIVE ORDER<br><br>**ECF No. 24** |

THIS MATTER having come before the Court without oral argument on the Respondent's Motion to Delay a Ruling on Pending Motion for Enforcement of Administrative Order and the Court, having considered the files and records herein, including Applicant's Statement of Non-Opposition (ECF No. 25), finds good cause exists to grant the motion.

IT IS ORDERED

1. Respondent's Motion to Delay a Ruling on Pending Motion for Enforcement of Administrative Order **(ECF No. 24) is GRANTED**.

2. The Security and Exchange Commission's Motion for Enforcement of

ORDER GRANTING RESPONDENT'S MOTION TO DELAY RULING ON PENDING MOTION FOR ENFORCEMENT OF ADMINISTRATIVE ORDER - 1

Administrative Order **(ECF No. 03)** and Motion to Amend ECF No. 3 **(ECF No. 05) are STAYED** pending resolution of the appeal before the Supreme Court in *SEC v. Kokesh,* 834 F.3d 1158 (10th Cir. 2016), *cert. granted,* 196 L. Ed. 2d 596 (U.S. Jan 13, 2017) (No. 16-529).

The District Court Executive is directed to enter this Order and forward a copy to counsel.

DATED February 13, 2017.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING RESPONDENT'S MOTION TO DELAY RULING ON PENDING MOTION FOR ENFORCEMENT OF ADMINISTRATIVE ORDER - 2