# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Securities and Exchange Commission,

*Plaintiff*

v.  Civil Action No. 2:16-mc-00022-MKD

Michael J. Hooper,

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Applicant's Motion to Amend/Correct Securities and Exchange Commission's Motion for Enforcement of Administrative Order, ECF No. 5 is GRANTED, Applicant's Motion for Enforcement of Order, ECF, No. 3, is GRANTED. Respondent Hooper shall comply with Commissions 1999 Order. Respondent Hooper is liable for disgorgement of $30,833.13, representing profits gained as a result of violations of the Commissioner's 1999 Order. Respondent will satisfy obligaion by paying $30,833.13 to the Commssion within 90 days after entry of this Order. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE on motions To Amend/Correct Securitites and Exchange Commissions Enforcement of Administrative Order, ECF No. 5 and Applicant's Motion for Enforcement of Administrative Order, ECF No. 3.

Date: 08/10/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates